## LEONARD CONSTRUCTION COMPANY *v.* BOENING ET AL.

[No. 10,702.    Filed March 30, 1920.]

From the Industrial Board of Indiana.

Proceedings for compensation under the Workmen's Compensation Act by Sarah Boening and others against the Leonard Construction Company.    From an award for applicants, the defendant appeals.    *Affirmed.*

*Sanders, McKay, Turner & Merrell* and *Charles A. Scott,* for appellant.

*D. J. Moran,* for appellees.

NICHOLS, C. J.—On the authority of *American Hominy Co.* v. *Davis* (1920), 74 Ind. App. —, 126 N. E. 703, and *Muncie Foundry, etc., Co.* v. *Thompson* (1919), 70 Ind. App. 157, 123 N. E. 196, the award in this cause is affirmed.

---

## SECURITY FIRE INSURANCE COMPANY *v.* TAYLOR.

[No. 10,717.    Filed March 31, 1920.]

From Pike Circuit Court; *W. D. Curll,* Judge *Pro Tem.*

Action by Joseph Taylor against the Security Fire Insurance Company.    From a judgment for plaintiff, the defendant appeals.    *Reversed.*

*Richardson & Taylor,* for appellant.

PER CURIAM.—Judgment reversed on confession of error.